KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

PHILIP J. KEARNEY (CSBN 114978)
ANDREW M. SCOBLE (CSBN 124940)
Assistant United States Attorneys

    450 Golden Gate Ave.
    San Francisco, California 94102
    Telephone: (415) 436-7249

Attorneys for Plaintiff

FILED
MAY 31 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: CR 05-0324-MMC |
| Plaintiff, | PETITION FOR WRIT, AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | |
| AQUIL H. PETERSON a/k/a Quil," | |
| Defendant. | SAN FRANCISCO VENUE |

To the Honorable Elizabeth D. Laporte, United States Magistrate Judge for the United

States District Court for the Northern District of California:

    The United States of America respectfully petitions the Court to issue a Writ of

Habeas Corpus Ad Prosequendum for the prisoner Aquil H. Peterson

//

//

//

1  The prisoner has been indicted in <u>United States v. Raymon D. Hill, et al.</u>, CR 05-0324-
2  MMC, and is required to appear before the Court for an initial appearance. His place of
3  custody and jailor are set forth in the following proposed writ.

DATED: 5/27/2005

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

ANDREW M. SCOBLE
PHILIP J. KEARNEY
Assistant United States Attorneys

IT IS SO ORDERED.

DATED: May 27, 2005

HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

# THE PRESIDENT OF THE UNITED STATES OF AMERICA

To: Fred Rocha, United States Marshal for the Northern District of California; any of his authorized deputies, and agents of the Federal Bureau of Investigation; and to the Sheriff of the City and County of San Francisco, Jailor at San Francisco County Jail #2, 850 Bryant Street, San Francisco, CA:

## GREETINGS

The prisoner AQUIL H. PETERSON (dob 4/12/1983) is now in custody in the above-referenced institution. He is charged by indictment in <u>United States v. Raymon D. Hill, et al.</u>, CR 05-0324-MMC. He is required to appear for prosecution in the federal criminal case now pending against him in the United States District Court for the Northern District of California, for an initial appearance on **June 3, 2005 at 9:30 a.m.** in the courtroom of United States Magistrate Judge Maria-Elena James, 450 Golden Gate Avenue, 15th Floor, San Francisco, California.

YOU ARE COMMANDED to produce the prisoner in this Court FORTHWITH or release him into the custody of the United States Marshal, his deputies, or agents of the Federal Bureau of Investigation who will bring him before Magistrate Judge Maria-Elena James.

YOU ARE FURTHER COMMANDED that if the prisoner is to be released from custody in the above-referenced institution, he be IMMEDIATELY delivered to the United States Marshal, his deputies authorized under this writ, or agents of the Federal Bureau of Investigation.

WITNESS the Honorable Elizabeth D. Laporte, United States Magistrate Judge of the United States District Court for the Northern District of California. 450 Golden Gate Avenue, San Francisco, California 94102. Accordingly,

WE COMMAND that you produce the prisoner.

WE FURTHER COMMAND that if the prisoner is to be released from custody in

the above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies pursuant to this writ.

WITNESS the Honorable Elizabeth D. Laporte, United States Magistrate Judge of the United States District Court for the Northern District of California.

DATED:   MAY 3 0 2005

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK

# United States Marshals Service Writ Information Sheet

This form should be completed by the Assistant United States Attorney assigned to the case, his/her designee, or the case agent. Refer any questions to the Criminal Section at 41/436-7659.

| Prisoner Name: (last, first, middle) | Booking, CDC, or USMS #: |
|---|---|
| PETERSON, AQUIL HASAN | 2064893 |

| Prisoner Aliases: | DOB: | Birthplace: |
|---|---|---|
| QUIL | 04/12/1983 | SAN FRANCISCO, CA |

| Sex: | Race: | Hair: | Height: | Weight: | SSN: |
|---|---|---|---|---|---|
| M | B | BLK | 5'07" | 150 | 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 |

| Violation Code: (Title & Section) | Warrant or Complaint Case #: |
|---|---|
| 21 USC 846, 841 | CR-05-324-MMC |

Offense (State Specifically)
MURDER, KIDNAPPING, RICO, VICAR, CONSPIRACY TO SELL NARCOTICS

| Facility Name & Location: | Facility Contact Person & Phone # |
|---|---|
| SAN FRANCISCO COUNTY JAIL #1 850 BRYANT ST., SAN FRANCISCO, CA | SAN FRANCISCO COUNTY JAIL #1 415-553-9505 |

| AUSA & Phone #: ANDREW SCOBLE 415-436-7249 | Case Agent & Phone #: SA BRIAN GILHOOLY 415-850-6159 |
|---|---|

|  | YES | NO |
|---|---|---|
| Prior felony conviction for _____ |  | X |
| Prior prison history [X] State [ ] Federal | X |  |
| Conviction of felony against person crime |  | X |
| History of disciplinary problems | X |  |
| Homosexual |  | X |
| Gang Affiliations -- name of gang if known PAGE STREET/BIG BLOCK | X |  |
| Escape Risk | X |  |
| Considered threat to staff or other inmates |  | X |
| State or Local charges pending -- Where SAN FRANCISCO | X |  |
| Receiving Medical Care or Medication |  | X |

If YES, type of medical care or medication

Special Instructions:
PAGE STREET GANG MEMBER AND FORMER BIG BLOCK GANG MEMBER
Comments:

# WARRANT OF ARREST
## UNITED STATES DISTRICT COURT

**INSTRUCTIONS:** Type or legibly print. Forward copies No. 1 through No. 3 intact to the U.S. Marshal or other authorized officer; retain No. 4 copy. If applicable, use No. 4 copy to withdraw warrant. After completion of return, U.S. Marshal will distribute copies No. 1 through No. 3 as appropriate.

| NAME OF PERSON TO BE ARRESTED | DISTRICT OF ISSUE (Include City and State) | MAGISTRATE/CLERK DOCKET NO. |
|---|---|---|
| Aquil H. Peterson aka "Quil" | NORTHERN DISTRICT OF CALIFORNIA | CR 05-324 MMC |

### REASON FOR WARRANT

[ ] Complaint    [X] Indictment    [ ] Information    [ ] Probation Violation    [ ] OTHER (Specify)

| U.S.C. TITLE | SECTION | BRIEF DESCRIPTION OF CHARGE(S) | BAIL (If applicable) |
|---|---|---|---|
| | | see attached | No Bail |

| DATE OF ISSUE | TITLE OF ISSUING OFFICIAL | SIGNATURE OF ISSUING OFFICIAL |
|---|---|---|
| 5/24/05 | Deputy Clerk | |

**To:** ANY U.S. MARSHAL OR ANY OTHER AUTHORIZED OFFICER

[ ] You are hereby commanded to arrest the above named person and bring this individual forthwith before the nearest available United States Magistrate or District Court Judge to answer the above stated charge(s) in the complaint.

[X] You are hereby commanded to arrest the above named person and bring this individual forthwith before the nearest United States District Court or *(if applicable)* before the nearest United States Magistrate in the arresting district to answer the above stated charge(s) in the indictment or information.

[ ] You are hereby commanded to arrest the above named person and bring this individual forthwith before the United States District Court or *(if applicable)* before the United States Magistrate in the issuing district at the location shown above to answer to charges of violation of conditions of probation imposed by the United States District Court.

(stamp: RECEIVED UNITED STATES MARSHAL NORTHERN DISTRICT OF CALIFORNIA 05 MAY 25)

**THE U.S. MARSHAL IN THE DISTRICT OF ARREST IS HEREBY FURTHER AUTHORIZED AND COMMANDED TO TAKE CUSTODY OF THE ABOVE NAMED PERSON. IF AFTER BRINGING THE PERSON BEFORE ANY APPLICABLE JUDICIAL OFFICER IN THE MANNER INDICATED ABOVE, THE INDIVIDUAL FAILS TO FURNISH BAIL FOR APPEARANCE PER ORDERS AND DIRECTIONS OF SUCH JUDICIAL OFFICER, THE U.S. MARSHAL IS AUTHORIZED AND COMMANDED TO KEEP SAFELY THIS INDIVIDUAL UNTIL DISCHARGED IN DUE COURSE OF LAW.**

### RETURN

I certify I executed this warrant and such other order directed herein as shown below.

| DATE RECEIVED | ARRESTING AGENCY (If not U.S. Marshal) | SIGNATURE OF ARRESTING AGENT (If not U.S. Marshal) | | |
|---|---|---|---|---|
| DATE COMMITTED | PLACE OF CONFINEMENT (If applicable) | [ ] Executed | [ ] Unexecuted | [ ] Withdrawn |
| DATE OF RETURN | NAME OF U.S. MARSHAL | SIGNATURE OF U.S. MARSHAL OR DEPUTY | | |

MA FORM 6    NORTHERN DISTRICT OF CALIFORNIA

1. ACTION COPY (Clerk of the Court Record)