E-Filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAYMON D. HILL *et al.*,

    Defendants.

Case No. CR-05-00324 MMC

**ORDER APPOINTING COUNSEL FOR DEATH ELIGIBLE DEFENDANT AQUIL H. PETERSON**

<u>**DEATH PENALTY CASE**</u>

GOOD CAUSE APPEARING, it is hereby ordered that Alfredo M. Morales, 336 N. Second Street, San Jose, California 95112 and Carleen R. Arlidge, 111 West St. John Street Suite 555, San Jose, California 95113, are appointed as co-counsel for Aquil H. Peterson in the above entitled case.

IT IS SO ORDERED.

Dated: AUG 19 2005

MAXINE M. CHESNEY
United States District Court Judge