Alfredo M. Morales [SBN 69204]
Law Offices of Morales & Leaños
75 East Santa Clara Street, Suite 250
San Jose, CA 95113
Tel: (408) 294-5400

Carleen R. Arlidge [SBN 79725]
Law Office of Carleen R. Arlidge
111 West St. John Street, Suite 555
San Jose, CA 95113
Tel: (408) 288-8533

Attorneys for Defendant Aquil Peterson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05-00324 MMC |
| Plaintiff, | [PROPOSED] ORDER SEALING DECLARATION OF ALFREDO M. MORALES IN SUPPORT OF DEFENDANT PETERSON'S MOTION FOR SEVERANCE |
| vs. | |
| AQUIL PETERSON, *et al.* | |
| Defendants. | |

GOOD CAUSE APPEARING, based on the contents of the motion to seal the Declaration of attorney Alfredo M. Morales in Support of Defendant Peterson's Motion for Severance and based on the contents of the Declaration supporting that motion to seal:

IT IS ORDERED that the Declaration just referred to shall be maintained in this Court's file under seal until further order of the Court.

Dated: December 11, 2007

_____
MAXINE M. CHESNEY
United States District Judge

**Order Sealing Declaration of Alfredo M. Morales**