Alfredo M. Morales [SBN 69204]
Law Offices of Morales & Leaños
75 East Santa Clara Street, Suite 250
San Jose, CA 95113
Tel: (408) 294-5400

Carleen R. Arlidge [SBN 79725]
Law Office of Carleen R. Arlidge
111 West St. John Street, Suite 555
San Jose, CA 95113
Tel: (408) 288-8533

Attorneys for Defendant Aquil Peterson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AQUIL PETERSON, *et al.*<br><br>Defendants. | No. CR-05-00324 MMC<br><br>**[PROPOSED]**<br>**ORDER SEALING DECLARATION OF COUNSEL FOR CO-DEFENDANT IN SUPPORT OF DEFENDANT PETERSON'S MOTION FOR SEVERANCE** |

GOOD CAUSE APPEARING, based on the contents of the motion to seal the Declaration of Counsel for Co-Defendant in Support of Defendant Peterson's Motion for Severance and based on the contents of the Declaration supporting that motion to seal:

IT IS ORDERED that the Declaration just referred to shall be maintained in this Court's file under seal until further order of the Court.

Dated: December 11, 2007

_____
MAXINE M. CHESNEY
United States District Judge

**Order Sealing Declaration of Counsel For Co-Defendant**